478 A.2d 63

Commonwealth v. Young, Appellant.

Submitted February 27, 1984. Daniel R.

Lovette, III, Assistant Public Defender, for appellant; Gerard Long, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WICKERSHAM and HOFFMAN, JJ.

Judgment of sentence affirmed.